UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE NURSES ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MULTICARE HEALTH SYSTEM,<br><br>Defendant. | CASE NO. C22-0321-LK<br><br>ORDER GRANTING MOTION FOR RECONSIDERATION |

    This matter comes before the Court on a motion for reconsideration filed by MultiCare Health System. Dkt. No. 27. MultiCare seeks reconsideration of one aspect of the Court's order granting the Unions' motion to remand, Dkt. No. 26: it seeks to have the Court remove any suggestion that it has "abandoned" the issue of *Garmon*[1] preemption because it may pursue that argument in another forum. Dkt. No. 27 at 2. MultiCare argues that the clarification "can be readily accomplished by revising one referenced sentence as follows: 'Therefore, this Court does not ~~consider MultiCare's abandoned~~ address a *Garmon* preemption argument which was not raised in

---

[1] *San Diego Building Trades Council v. Garmon*, 359 U.S. 236, 245 (1959).

ORDER GRANTING MOTION FOR RECONSIDERATION - 1

<u>the argument of this motion</u>.'" *Id*. The Unions filed a response to the motion for reconsideration stating that they "take no position on MultiCare's motion." Dkt. No. 28 at 1.

Because the Court did not intend to suggest that MultiCare has abandoned its *Garmon* argument in another forum, the Court GRANTS MultiCare' motion for reconsideration, Dkt. No. 27, and issues an amended order that removes the "abandoned" reference from page 5 of that order.

Dated this 2nd day of August, 2022.

Lauren King
United States District Judge

ORDER GRANTING MOTION FOR RECONSIDERATION - 2